# **Exhibit 6**

Letter from Naomi Fraga, Ph.D., Cal. Botanic Garden, et al.
to
John Christopherson, Deputy Adm'r of Operations, Nev. Div. of Forestry
(July 20, 2020)
(on file with Ctr. for Biological Diversity).

July 20, 2020

Nevada Division of Forestry
Attn: John Christopherson
2478 Fairview Drive
Carson City, NV 89701

Mr. Christopherson,

We, the undersigned members of the scientific community, urge the Nevada Department of Conservation and Natural Resources to extend the full protections of the Nevada List of Fully Protected Species to Eriogonum tiehmii (Tiehm's buckwheat), a narrow endemic plant species restricted to the Silver Peak Range in Esmeralda County, Nevada. Tiehm's buckwheat has lived in its ecosystem, relatively undisturbed, for millennia, but it now faces extinction due to a proposed lithium mine called the Rhyolite Ridge Lithium-Boron Project. As scientists who study biodiversity and plant conservation, we support protection of the rich flora and ecosystems of Nevada, and we oppose ill-conceived projects that put Nevada's biodiversity at risk.

The extinction threat to Tiehm's buckwheat is clear. The proposed project identifies that more than 60% of the living plants of the species would be extirpated in the first phase, and the footprint encompasses the entire global range of the species. As proposed, the project threatens the continued existence of Tiehm's buckwheat, including its long-term viability, integrity of its habitat, and the associated biota and ecosystem function that it supports. If the project were approved, there is no doubt that it would cause the extinction of an irreplaceable component of Nevada's native heritage.  In fact, the proposed impact to Tiehm's buckwheat is so egregious that no mitigation measures are acceptable or could lessen the impact to the species.

The threat to Tiehm's buckwheat highlights the vulnerability of narrowly endemic species on federal public lands and the need for the State to support and protect its natural heritage. This project has elevated Tiehm's buckwheat status as one of the most at risk plant species that is threatened with extinction in the United States.

We are currently faced with a global extinction crisis.  A recent global assessment found that at least 600 plant species are now extinct and that we are losing plant species at a rate 500 times higher than the background extinction rate. The state of Nevada has an opportunity to protect its rare plant diversity and put a halt to the plant extinction crisis. Plant conservation is essential and by protecting Tiehm's buckwheat, we can ensure that Nevada's irreplaceable diversity is present for future generations.

On behalf of people who study, work with, and love plants everywhere, we urge you to take the necessary steps to provide protection for Tiehm's buckwheat.

Signed,

Naomi Fraga, Ph.D.
Director of Conservation Programs
California Botanic Garden

Peter H. Raven, Ph.D.
President Emeritus
Missouri Botanical Garden

Katherine Heineman, Ph.D.
Vice President of Science and Technology
Center for Plant Conservation

James M. Andre
Director - Granite Mountains Desert Research Center
University of California Riverside

Dieter H. Wilken, Ph.D.
Director of Conservation
Santa Barbara Botanic Garden

Denise Knapp, Ph.D.
Director of Conservation
Santa Barbara Botanic Garden

Brent D. Mishler, Ph.D.
Director and Professor
University and Jepson Herbaria, University of California, Berkeley

Emily R. Roberson, Ph.D.
Director
Native Plant Conservation Campaign

Bruce G Baldwin, Ph.D.
Professor of Integrative Biology & Curator of the Jepson Herbarium
University of California, Berkeley

Ben Grady, Ph.D.
Professor
Ripon College
President
Eriogonum Society

Rachel Martin, Ph.D.
Professor
University of California

Dwight Whitaker, Ph.D.
Professor
Pomona College

Gene Anderson, Ph.D.
Professor Emeritus
University of California, Riverside

Bart O'Brien, MLA
Botanic Garden Director
East Bay Regional Parks District

Steve Boyd, MS
Curator Emeritus
Herbarium, Rancho Santa Ana Botanic Garden

Diana Fish, MA
Center for Plant Conservation

William F Hoyer III, BS
Natural Resources Manager

Jenn Yost, Ph.D.
Professor
Cal Poly State University, San Luis Obispo

Michelle Cloud-Hughes, BS
Desert Solitaire Botany and Ecological Restoration

Amy Litt, Ph.D.
Associate Professor
University of California, Riverside

Karolina Heyduk, Ph.D.
Assistant Professor
University of Hawai'i

Carrie Kiel, Ph.D.
Research Assistant Professor
California Botanic Garden

Christopher Moore, Ph.D.
Assistant Professor
Colby College

Alissa Brown, Ph.D.
Post-doctoral researcher
Morton Arboretum

Kathleen A. Dwire, Ph.D.
Research Ecologist

S. Hollis Woodard, Ph.D.
Assistant Professor
UC Riverside

Elizabeth Friar, Ph.D.
Translation Life Science Technology Program Director
University of Maryland, Baltimore County

Amanda Fisher, Ph.D.
California State University, Long Beach

Gregory Russell, Ph.D.
Associate Professor
Riverside City College

Guy Nesom, Ph.D.

David Hutton, Ph.D.
Founder
Hutton Associates

Joshua Der
Assistant Professor
California State University, Fullerton

Jeremie Fant, Ph.D.
Associate Scientist
Chicago Botanic Garden

Loralee Larios, Ph.D.
Assistant Professor
UC Riverside

Heather Schneider, Ph.D.
Rare Plant Biologist

Ingrid Jordon-Thaden, Ph.D.
Director of Botany Garden and Greenhouse
University of Wisconsin-Madison

Jacob Malcom, Ph.D.

James Sobel, Ph.D.
Assistant Professor
Binghamton University (SUNY)

Jason Stajich, Ph.D.
Professor
University of California-Riverside

Joan Dudney, Ph.D.
Postdoctoral researcher
UC Davis

Katherine A Frels, Ph.D.
Research Assistant Professor
University of Minnesota

Krissa Skogen, Ph.D.
Conservation Scientist
Chicago Botanic Garden

Kristen Hasenstab-Lehman, Ph.D.
Conservation Geneticist
Santa Barbara Botanic Garden

Leif L. Richardson, Ph.D.
Senior Ecologist
Stone Environmental, Inc.

Lindsay Chiono, Ph.D.
Restoration Ecologist
Confederated Tribes of the Umatilla Indian Reservation

Bruce MacBryde, Ph.D.
BioConservation Support

Loraine K. Washburn, Ph.D.
Instructor
Unity College

Lynn Sweet, Ph.D.
Research Specialist
University of California, Riverside

Lysandra Pyle, Ph.D.
Postdoctoral researcher
New Mexico State University

Marc Baker, Ph.D.
Adjunct Professor
Arizona State University

Marko J Spasojevic, Ph.D.
Assistant Professor
University of California Riverside

Murphy Westwood, Ph.D.
Director of Global Tree Conservation
The Morton Arboretum

Nick Jensen, Ph.D.
Botanist

Peter Breslin, Ph.D.
Rare Plant Conservation Biologist
Arizona State University

Ross A McCauley, Ph.D.
Professor of Biology
Fort Lewis College

Norman Douglas, Ph.D.
Lecturer
University of Florida

Ryan Huish, Ph.D.
Associate Professor of Biology
The University of Virginia's College at Wise

Seema Sheth, Ph.D.
Assistant Professor
Dept. of Plant and Microbial Biology, North Carolina State University

Sophie Parker, Ph.D.

Sula Vanderplank, Ph.D.
Postdoctoral Fellow
San Diego Zoo Global

Susan Fawcett, Ph.D.
Faculty member
University of Michigan Biological Station

Sydney Glassman, Ph.D.
Assistant Professor
University of California, Riverside

Tanisha Williams, Ph.D.
Burpee Postdoctoral Fellow in Botany
Bucknell University

Thomas Huggins, Ph.D.
Herbarium manager

Travis Columbus, Ph.D.
Research Scientist, Professor of Botany

Ursula Esser, Ph.D.

Katherine Waselkov, Ph.D.
Assistant professor
California State University, Fresno

Eric Snyder, Ph.D.
Species at risk specialist

Bryan Hamilton, Ph.D.
Wildlife Biologist

Kay Lancaster, Ph.D.
Retired Curator, ISTC

Erin Questad, Ph.D.
Associate Professor
Cal Poly Pomona University

Brenda Erhardt, MS
Restoration and Plant Ecologist

Elizabeth Newton, MS
Conservation Officer
Trust for Nature

Emily Schumacher, MS
Research Assistant
Morton Arboretum

Genevieve Alexander, MS
UNC Chapel Hill Plant Ecology Lab

Ileene Anderson, MS
Senior Scientist
Center for Biological Diversity

Sophia Winitsky, MS
Jepson Herbarium
UC Berkeley

Juliet Rynear, MS
Executive Director
Florida Native Plant Society

Michele Hammond, MS
Botanist

Kandis Gilmore, MS
Sonoma State University

Kristal Watrous, MS
Research Specialist
University of California, Riverside

Sarah Ratay, MS
Preserve Steward
The Nature Conservancy

Steve Schoenig, MS
Senior Environmental Scientist

Evan Frost, MS
Biologist & Principal
Wildwood Consulting LLC

Jan Leppert, MS

Diana Cosand, MA
Professor of Biology
Chaffey College

Barbara Keller, MS
Assistant Curator, Retired
UC Botanical Garden at Berkeley

Jennifer Loda, MS
Biologist

Jessica Gutierrez, MS
University of Connecticut, Storrs

Samantha Seabrook, MS
Botanist

Emily Palmquist, MS
Ecologist

Christina Feng, MS
Natural Heritage Biologist

Alexandra Seglias, MS
Seed Conservation Research Associate
Denver Botanic Gardens

Sarah Canham, MS
Botanist

Christina Varnava, MS
California Botanic Garden

Joy England, MS
Rare Plant Botanist
California Botanic Garden

Marni Sweetland, MS

Stephanie Winters, MS
Soil Scientist
Oregon State University

Steve Matson, MA
California Native Plant Society

Andrew Kaiser, MNRS
Biological science technician

Keir Morse, MS
PhD Candidate
Claremont Graduate University

Jared Meek, MA
PhD Student
Columbia University

Isaac Lichter Marck, MS
PhD candidate
UC Berkeley

Daniel Patterson, BS
Ecologist

Justy Grinter, BS
Natural Resources Specialist

Alyssa Samoy, BS
Natural Resources Specialist

Ian Grinter, BS
Botanist

Margaret Horner
Biologist

Brandon Wheeler
Botany Technician
National Ecological Observatory Network

Holly Forbes
Curator & Conservation Officer
University of California Botanic Garden at Berkeley