UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff(s),<br><br>v.<br><br>DAVID BERNHARDT,<br><br>Defendant(s). | Case No. 2:20-CV-1812 JCM (NJK)<br><br>ORDER |

Presently before the court is plaintiff Center for Biological Diversity's motion to shorten time on its motion for summary judgment. (ECF No. 18).

Plaintiff requests an expedited briefing schedule and has proposed the following: defendants' response to plaintiff's motion for summary judgment, (ECF No. 17), is due on or before December 14, 2020, and plaintiff's reply, if any, is due on or before December 21, 2020. (ECF No. 18). Good cause appearing, the court adopts plaintiff's proposed briefing schedule. However, this court does not yet find that a hearing as requested is necessary.

Additionally, defendants have since moved to dismiss plaintiff's claims. (ECF No. 20). Having reviewed that motion and in the interest of judicial economy, this court *sua sponte* expedites briefing on that motion as well. The briefing schedule shall mirror the above, so that this court may adjudicate the motions together. Plaintiff's response to defendants' motion to dismiss, (*id.*), is hereby due on or before December 14, 2020, and defendants' reply, if any, is due on or before December 21, 2020.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion for an order shortening time, (ECF No. 18), be, and the same hereby is, GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that defendants' response to plaintiff's motion for summary judgment, (ECF No. 17), is due on or before December 14, 2020. Plaintiff's reply brief is due on or before December 21, 2020.

IT IS FURTHER ORDERED that plaintiff's response to defendants' motion for summary judgment, (ECF No. 20), is due on or before December 14, 2020. Defendants' reply brief is due on or before December 21, 2020.

DATED December 2, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -