# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>　　　Plaintiff,<br>v.<br>DAVID BERNHARDT, et al.,<br>　　　Defendants. | Case No.: 2:20-cv-01812-JCM-NJK<br><br>**ORDER** |

　　　To date, the parties have not filed a joint stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file either a joint proposed discovery plan or a joint notice that discovery is not necessary, no later than January 21, 2021.

　　　IT IS SO ORDERED.

　　　Dated: January 15, 2021

_____
Nancy J. Koppe
United States Magistrate Judge