NICHOLAS A. TRUTANICH, United States Attorney
SKYLER H. PEARSON, Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Tel | 702-388-6530
E-mail: skyler.pearson@usdoj.gov

JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief
ANTHONY D. ORTIZ, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel | (202) 305-5708; Fax | (202) 305-0275
E-mail: anthony.d.ortiz@usdoj.gov

*Attorneys for Defendants; additional counsel on signature page*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior, et al.,<br><br>*Defendants*. | Case No. 2:20-cv-01812-JCM-NJK<br><br>**JOINT NOTICE THAT DISCOVERY IS NOT NECESSARY** |

Pursuant to Local Rule 26-1(a), the parties give notice that discovery is not necessary in the above-captioned case. The parties have attached supporting records and other documents

1

necessary to the disposition of this case to the pleadings submitted to this Court. Accordingly, the parties do not anticipate disclosures or discovery in this case.

                                    Respectfully submitted,

NICHOLAS A. TRUTANICH,
United States Attorney
SKYLER H. PEARSON,
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Tel: 702-388-6530
E-mail: skyler.pearson@usdoj.gov

JEAN E. WILLIAMS,
Deputy Assistant Attorney General

SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

*/s/ Anthony D. Ortiz*
ANTHONY D. ORTIZ
Trial Attorney, (D.C. Bar No. 978873)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 305-5708
Fax: (202) 305-0275
E-mail: anthony.d.ortiz@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Leilani Doktor*
LEILANI DOKTOR,
Trial Attorney, (HI Bar #11201)
150 M Street NE

2

Washington, D.C. 20002
Tel.: (202) 305-0447/Fax: (202) 305-0506
leilani.doktor@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ E. Leif Reid (with permission)*
E. LEIF REID
Lewis Roca Rothgerber LLP
One East Liberty Street
Suite 300
Reno, NV 89501
775-321-3415
Fax: 775-823-2929
Email: lreid@lrrc.com

*Attorney for Defendant-Intervenor*

*/s/ Allison N. Melton (with permission)*
Allison N. Melton (SBC 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: (970) 309-2008
amelton@biologicaldiversity.org
(*pro hac vice*)

Christopher W. Mixson, Esq. (SBN 10685)
Don Springmeyer, Esq. (SBN 1021)
Kemp Jones LLP
3800 Howard Hughes Parkway
17th Floor
Las Vegas, NV 89169
Phone: (702) 385-6000
c.mixson@kempjones.com
d.springmeyer@kempjones.com

Amy R. Atwood (SBO 060407)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: (971) 717-6401
atwood@biologicaldiversity.org
(*pro hac vice*)

3

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2021, I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

*/s/ Anthony D. Ortiz*
*Attorney for Federal Defendants*
