CHRISTOPHER CHIOU, Acting United States Attorney
SKYLER H. PEARSON, Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Tel | 702-388-6530
E-mail: skyler.pearson@usdoj.gov

JEAN E. WILLIAMS, Acting Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief
ANTHONY D. ORTIZ, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel | (202) 305-5708; Fax | (202) 305-0275
E-mail: anthony.d.ortiz@usdoj.gov
*Attorneys for Federal Defendants*

Allison N. Melton (SBC 45088) (*pro hac vice*)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: (970) 309-2008
amelton@biologicaldiversity.org
*Attorney for Plaintiff; additional Plaintiff counsel on signature page of related motion*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 2:20-cv-01812-JCM-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| HAALAND, ET AL, | |
| Defendants, | |
| and | |
| IONEER USA CORPORATION | |
| Defendant-Intervenor. | |

1

Having come before the Court on Federal Defendants' and Plaintiff Center for Biological Diversity's Joint Motion for an Extension of Time for this Court's ruling on Federal Defendants' Emergency Motion to Alter or Amend Judgment (ECF No. 51), IT IS HEREBY ORDERED, Federal Defendants and the Center shall provide a status update to the Court no later than May 14, 2021, indicating whether they have been able to reach agreement or whether a decision on the Motion from this Court is necessary. IT IS FURTHER ORDERED that the Court will withhold entering decision on Defendants' Emergency Motion to Alter or Amend Judgment, (ECF No. 44), until May 17, 2021.

IT IS SO ORDERED.

Dated: May 10, 2021.

_____
UNITED STATES DISTRICT JUDGE