JEAN E. WILLIAMS, Acting Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief
ANTHONY D. ORTIZ, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel | (202) 305-5708; Fax | (202) 305-0275
E-mail: anthony.d.ortiz@usdoj.gov
*Attorneys for Federal Defendants; additional Federal Defendants' counsel are listed below*

E. LEIF REID, Nevada Bar No. 5750
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501
Telephone: (775) 823-2900
*Attorney for Defendant-Intervenor*
*Ioneer USA Corporation*

ALLISON N. MELTON (SBC 45088) (*pro hac vice*)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: (970) 309-2008
amelton@biologicaldiversity.org
*Attorney for Plaintiff; additional Plaintiff's counsel are listed below*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 2:20-cv-01812-JCM-NJK |
| Plaintiff, | |
| v. | **REMEDY ORDER** |
| HAALAND, ET AL, | |
| Defendants, | |
| and | |
| IONEER USA CORPORATION | |
| Defendant-Intervenor. | |

For the reasons stated in the Court's Order (ECF No. 42), the Court hereby Orders that:

A. Federal Defendants shall submit to the Federal Register no later than May 31, 2021, a 12-month finding pursuant to 16 U.S.C § 1533(b)(3)(B) that listing the Tiehm's buckwheat is either "warranted" or "not warranted."

B. If FWS makes a "warranted" 12-month finding, Federal Defendants shall submit to the Federal Register no later than September 30, 2021, a proposed listing rule pursuant to 16 U.S.C. § (b)(5)(A)(i).

C. If FWS makes a "warranted" 12-month finding, and designating critical habitat is prudent and determinable, Defendants shall submit to the Federal Register no later than January 31, 2022, a proposed critical habitat determination pursuant to 16 U.S.C. § 1533(a)(3)(A)(i). If, however, the Office of Management and Budget determines the proposed critical habitat determination is a "significant regulatory action" under Executive Order 12,866, Federal Defendants shall have until May 2, 2022, to submit the proposed critical habitat determination to the Federal Register.

**D. Defendants' emergency motion to alter/amend the judgment (ECF No. 44) and the second joint motion to extend the time for the court to make a ruling (ECF No. 57) are DENIED as moot.**

IT IS SO ORDERED.

Dated: May 17, 2021.

UNITED STATES DISTRICT JUDGE

Submitted by:

CHRISTOPHER CHIOU, Acting United States Attorney
SKYLER H. PEARSON, Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Tel | 702-388-6530
E-mail: skyler.pearson@usdoj.gov

JEAN E. WILLIAMS, Acting Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

2

ANTHONY D. ORTIZ, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel | (202) 305-5708; Fax | (202) 305-0275
E-mail: anthony.d.ortiz@usdoj.gov

*Attorneys for Federal Defendants*

E. LEIF REID
Nevada Bar No. 5750
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501
Telephone: (775) 823-2900
Facsimile: (775) 823-2929

*Attorney for Defendant-Intervenor*
*Ioneer USA Corporation*

ALLISON N. MELTON (SBC 45088) (*pro hac vice*)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: (970) 309-2008
amelton@biologicaldiversity.org
AMY R. ATWOOD (SBO 060407) (*pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: (971) 717-6401
atwood@biologicaldiversity.org

CHRISTOPHER W. MIXSON, Esq. (SBN 10685)
DON SPRINGMEYER, Esq. (SBN 1021)
Kemp Jones LLP
3800 Howard Hughes Parkway
17th Floor
Las Vegas, NV 89169
Phone: (702) 385-6000
c.mixson@kempjones.com
d.springmeyer@kempjones.com

*Attorneys for Plaintiffs*