1   ALLISON N. MELTON (SBC 45088) (*pro hac vice*)
    Center for Biological Diversity
2   P.O. Box 3024
    Crested Butte, CO 81224
3   Phone: (970) 309-2008
    amelton@biologicaldiversity.org
4   *Attorney for Plaintiff; additional counsel listed below*

5   NICHOLAS A. TRUTANICH, United States Attorney
    SKYLER H. PEARSON, Assistant United States Attorney
6   U.S. Attorney's Office
7   501 Las Vegas Boulevard South, Suite 1100
    Las Vegas, NV 89101
8   Tel | 702-388-6530
    E-mail: skyler.pearson@usdoj.gov
9   PAUL E. SALAMANCA, Deputy Assistant Attorney General

10
    LEILANI DOKTOR, Trial Attorney
11  U.S. Department of Justice
    Environment & Natural Resources Division
12  Natural Resources Section
    Ben Franklin Station, P.O. Box 7611
13  Washington, D.C. 20044-7611
14  Tel.: (202) 305-0447 / Fax: (202) 305-0506
    leilani.doktor@usdoj.com
15  *Attorneys for Federal Defendants, additional counsel below*

16              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
17

18

19  CENTER FOR BIOLOGICAL DIVERSITY,          Case No.: 2:20-cv-1812-JCM-NJK

20          Plaintiff,                         ORDER   GRANTING
                                               SECOND UNOPPOSED MOTION TO
21      vs.                                    EXTEND TIME TO FILE A MOTION FOR
                                               AWARD OF ATTORNEYS' FEES AND
22  HAALAND, ET AL,                            LITIGATION EXPENSES

23          Defendants,

24      and

25  IONEER USA CORPORATION,

26          Defendant-Intervenor.

27

28

1    Having come before the Court on Plaintiff's and Federal Defendants' Second Unopposed

2    Joint Motion to Extend Time to File a Motion for Award of Attorneys' Fees and Litigation

3    Expenses (ECF No. 66), IT IS HEREBY ORDERED, an extension of time for Plaintiff to file a

4    motion for attorneys' fees and litigation costs is extended by 60 days to September 7, 2021.  The

5    parties shall provide a status update as to the resolution of Plaintiff's attorneys' fees and

6    litigation costs or Plaintiff will file their motion for such fees and costs, if such a motion is

7    necessary, by September 7, 2021.

8

9    IT IS SO ORDERED.

10   Dated: July 22, 2021.                              _____
                                                        UNITED STATES DISTRICT JUDGE
11

12

13

14   DATED:      July 19, 2021

15

16   Submitted by:

17   Allison N. Melton (SBC 45088) (*pro hac vice*)
     Center for Biological Diversity
18   P.O. Box 3024
     Crested Butte, CO 81224
19   Phone: (970) 309-2008
     amelton@biologicaldiversity.org
20
     Amy R. Atwood (SBO 060407) (*pro hac vice*)
21   Center for Biological Diversity
     P.O. Box 11374
22   Portland, OR 97211
     Phone: (971) 717-6401
23   atwood@biologicaldiversity.org

24   Christopher W. Mixson, Esq. (SBN 10685)
     Don Springmeyer, Esq. (SBN 1021)
25   Kemp Jones, LLP
     3800 Howard Hughes Parkway
26   Wells Fargo Tower Seventeenth Floor
     Las Vegas, Nevada 89169
27   Phone: (702) 385-6000 / Fax: (702) 385-6001

28

1   c.mixson@kempjones.com
    d.springmeyer@kempjones.com

2   *Attorneys for Plaintiff*

3

4   NICHOLAS A. TRUTANICH, United States Attorney
    SKYLER H. PEARSON, Assistant United States Attorney

5   U.S. Attorney's Office
    501 Las Vegas Boulevard South, Suite 1100

6   Las Vegas, NV 89101
    Tel | 702-388-6530

7   E-mail: skyler.pearson@usdoj.gov
    PAUL E. SALAMANCA, Deputy Assistant Attorney General

8

9   LEILANI DOKTOR, Trial Attorney
    U.S. Department of Justice

10  Environment & Natural Resources Division
    Natural Resources Section

11  Ben Franklin Station, P.O. Box 7611
    Washington, D.C. 20044-7611

12  Tel.: (202) 305-0447 / Fax: (202) 305-0506

13  leilani.doktor@usdoj.com

14  ANTHONY D. ORTIZ
    Trial Attorney, (D.C. Bar No. 978873)

15  United States Department of Justice
    Environment & Natural Resources Division

16  Wildlife & Marine Resources Section

17  P.O. Box 7611, Ben Franklin Station
    Washington, D.C. 20044-7611

18  Tel: (202) 305-5708
    Fax: (202) 305-0275

19  E-mail: anthony.d.ortiz@usdoj.gov

20  *Attorneys for Federal Defendants*

21

22

23

24

25

26

27

28

3