ALLISON N. MELTON (SBC 45088) (*pro hac vice*)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: (970) 309-2008
amelton@biologicaldiversity.org
*Attorney for Plaintiff; additional counsel listed below*

CHRISTOPHER CHIOU, Acting United States Attorney
SKYLER H. PEARSON, Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Tel | 702-388-6530
E-mail: skyler.pearson@usdoj.gov
PAUL E. SALAMANCA, Deputy Assistant Attorney General

ANTHONY D. ORTIZ, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Division Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel.: (202) 305-5708 / Fax: (202) 305-0506
Anthony.d.ortiz@usdoj.gov
*Attorneys for Federal Defendants; additional counsel below*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>HAALAND, ET AL,<br><br>Defendants,<br><br>and<br><br>IONEER USA CORPORATION,<br><br>Defendant-Intervenor. | Case No.: 2:20-cv-1812-JCM-NJK<br><br>ORDER GRANTING THIRD UNOPPOSED MOTION TO EXTEND TIME TO FILE A MOTION FOR AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES |

1      Having come before the Court on Plaintiff's and Federal Defendants' Third Unopposed Joint Motion to Extend Time to File a Motion for Award of Attorneys' Fees and Litigation Expenses (ECF No. 68), IT IS HEREBY ORDERED, an extension of time for Plaintiff to file a motion for attorneys' fees and litigation costs is extended by 60 days to November 6, 2021.  The parties shall provide a status update as to the resolution of Plaintiff's attorneys' fees and litigation costs or Plaintiff will file their motion for such fees and costs, if such a motion is necessary, by November 6, 2021.

IT IS SO ORDERED.

Dated: September 8, 2021.

_____
UNITED STATES DISTRICT JUDGE

DATED:      August 30, 2021

Submitted by:

Allison N. Melton (SBC 45088) (*pro hac vice*)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: (970) 309-2008
amelton@biologicaldiversity.org

Amy R. Atwood (SBO 060407) (*pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: (971) 717-6401
atwood@biologicaldiversity.org

Christopher W. Mixson, Esq. (SBN 10685)
Don Springmeyer, Esq. (SBN 1021)
Kemp Jones, LLP
3800 Howard Hughes Parkway
Wells Fargo Tower Seventeenth Floor
Las Vegas, Nevada 89169
Phone: (702) 385-6000 / Fax: (702) 385-6001

Case 2:20-cv-01812-JCM-NJK   Document 69   Filed 09/08/21   Page 3 of 3

c.mixson@kempjones.com
d.springmeyer@kempjones.com

*Attorneys for Plaintiff*

CHRISTOPHER CHIOU , Acting United States Attorney
SKYLER H. PEARSON, Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Tel | 702-388-6530
E-mail: skyler.pearson@usdoj.gov
PAUL E. SALAMANCA, Deputy Assistant Attorney General

ANTHONY D. ORTIZ
Trial Attorney, (D.C. Bar No. 978873)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 305-5708
Fax: (202) 305-0275
E-mail: anthony.d.ortiz@usdoj.gov

LEILANI DOKTOR, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel.: (202) 305-0447 / Fax: (202) 305-0506
leilani.doktor@usdoj.com

*Attorneys for Federal Defendants*