ALLISON N. MELTON (SBC 45088) (*pro hac vice*)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: (970) 309-2008
amelton@biologicaldiversity.org
*Attorney for Plaintiff; additional counsel on signature page*

CHRISTOPHER CHIOU, Acting United States Attorney
SKYLER H. PEARSON, Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Tel | 702-388-6530
E-mail: skyler.pearson@usdoj.gov

ANTHONY D. ORTIZ, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Division Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel.: (202) 305-5708 / Fax: (202) 305-0506
Anthony.d.ortiz@usdoj.gov
*Attorneys for Federal Defendants, additional counsel on signature page*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No.: 2:20-cv-1812-JCM-NJK |
| Plaintiff, | FOURTH UNOPPOSED JOINT MOTION TO EXTEND TIME TO FILE A MOTION FOR AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES |
| vs. | |
| HAALAND, ET AL, | |
| Defendants, | |
| and | |
| IONEER USA CORPORATION, | |
| Defendant-Intervenor. | |

Plaintiff and Federal Defendants hereby file this fourth unopposed joint motion to extend the time for Plaintiff to file a motion for attorneys' fees and litigation expenses to allow the Plaintiff and Federal Defendants additional time to explore resolving the matter without further Court involvement.  Counsel for Defendant-Intervenor was conferred with and takes no position on this joint motion.

Such a motion will further interest of judicial efficiency for the following reasons:

On April 21, 2021, the Court issued an Order granting summary judgment for Plaintiff on Plaintiff's third claim, brought pursuant to the citizen-suit provision of the Endangered Species Act, 16 U.S.C. § 1540(g)(1)(C), and ordered FWS to submit to the Federal Register proposed rules to list and to designate critical habitat rule for Tiehm's buckwheat within 30 days.  ECF No. 42.  The Court denied summary judgment for Plaintiff on the first and second claims of the Amended Complaint, ECF No. 11.  *Id*.  The Court entered judgment that same day.  ECF No. 43.

On April 28, 2021, Defendants filed an emergency motion to amend or alter the judgment as to Plaintiff's third claim for relief, and moved to stay judgment pending its resolution.  ECF Nos. 44 ("59(e) Motion"), 45.  On April 30, the Court granted Defendants' motion for stay of judgment.  ECF No. 47.  All briefs relating to the 59(e) Motion were submitted by May 9, 2021.  ECF Nos. 48-50.

On May 9, 2021, Federal Defendants and Plaintiff filed their first joint motion to extend the time for the Court's ruling on the 59(e) Motion by another week, until May 17, 2021, to allow Federal Defendants and the Center to negotiate the terms of a stipulation that would remove the need for the Court to rule on the Motion.  ECF No. 51.  On May 10, 2021, the Court granted their motion, withheld its ruling on the 59(e) Motion until May 17, 2021, and ordered Federal Defendants and the Center to provide a status update by May 14, 2021 as to whether they had reached agreement.  ECF No. 56.

In a joint status report and a second joint motion to extend filed on May 14, 2021, the Center and Federal Defendants informed the Court that the parties had reached an agreement in principle but required additional time to finalize a stipulation.  They requested that the Court

further withhold a ruling on the 59(e) Motion until May 19, 2021, and advised they would provide another update by May 18, 2021.  ECF Nos. 57, 58.

On May 17, 2021, the parties filed an updated status report, ECF No. 61, and a stipulation with a proposed Remedy Order that resolved their dispute and requested that the Court enter their Remedy Order for Plaintiff's Claim 3.  ECF No. 60.  The Court entered the Remedy Order that same day and denied both the Defendants' 59(e) Motion and the parties' second joint motion to extend as moot.  ECF No. 62.  On May 20, 2021, the Court issued an amended judgment on Plaintiff's third claim for which it had granted summary judgment for Plaintiff on April 21, 2020.  ECF No. 63; ECF No. 42.

The Remedy Order requires Federal Defendants to submit to the Federal Register no later than May 31, 2021, a 12-month finding pursuant to 16 U.S.C § 1533(b)(3)(B) as to whether listing the Tiehm's buckwheat is either "warranted" or "not warranted."  ECF No. 62, para. A, l. 5.  The Remedy Order further requires that if FWS makes a "warranted" 12-month finding, then no later than September 30, 2021, Federal Defendants shall submit a proposed listing rule to the Federal Register pursuant to 16 U.S.C. § 1533(b)(5)(A)(i).  *Id*. para. B.  If FWS makes a "warranted" 12-month finding and finds that designating critical habitat is prudent and determinable, then unless the Office of Management and Budget determines that a critical habitat designation would qualify as a "significant regulatory action" under Executive Order 12,866, Defendants shall submit to the Federal Register a proposed critical habitat designation pursuant to 16 U.S.C. § 1533(a)(3)(A)(i) by January 31, 2022.  If the Office of Management and Budget determines the proposed critical habitat designation is a "significant regulatory action" under Executive Order 12,866, Federal Defendants will have until May 2, 2022 to submit the proposed critical habitat designation to the Federal Register.  *See id.* para. C.

Under Fed. R. Civ. P. 54(d)(2)(B), Plaintiff has 14 days from the entry of judgment to file any motion for attorneys' fees and litigation costs.  *See* Local Practice Rule 54-1(a); 16 U.S.C. § 1540(g)(4) ("The court, in issuing any final order in any suit brought pursuant to paragraph (1) of

this subsection, may award costs of litigation (including reasonable attorney and expert witness fees) to any party, whenever the court determines such award is appropriate.").

On May 28, 2021, Federal Defendants and Plaintiff filed a Joint Motion to Extend Time to File a Motion for Award of Attorneys' Fees and Litigation Expenses. This motion asked the Court to grant a 60-day extension for the June 3, 2021, deadline for Plaintiff to file a motion for attorneys' fees and costs to allow the parties time to seek resolution of this matter without further Court involvement.

On June 1, 2021, this Court granted Federal Defendants' and Plaintiff's Joint Motion to Extend Time to File a Motion for Award of Attorneys' Fees and Litigation Expenses, setting July 19, 2021, as the date for Federal Defendants' and Plaintiff's to provide a status update as to the resolution of Plaintiff's attorneys' fees and litigation costs or Plaintiff will file their motion for such fees and costs.

On July 22, 2021, this Court granted Federal Defendants' and Plaintiff's Second Unopposed Joint Motion to Extend Time to File a Motion for Award of Attorneys' Fees and Litigation Expenses, setting September 7, 2021, as the date for Federal Defendants' and Plaintiff's to provide a status update as to the resolution of Plaintiff's attorneys' fees and litigation costs or Plaintiff will file their motion for such fees and costs.

On September 8, 2021, this Court granted Federal Defendants' and Plaintiff's Third Unopposed Joint Motion to Extend Time to File a Motion for Award of Attorneys' Fees and Litigation Expenses, setting November 6, 2021, as the date for Federal Defendants' and Plaintiff's to provide a status update as to the resolution of Plaintiff's attorneys' fees and litigation costs or Plaintiff will file their motion for such fees and costs.

Federal Defendant's and Plaintiff are continuing to explore resolution of Plaintiff's claim for attorneys' fees and litigation costs and in light of the intervening holidays and to afford additional time for anticipated resolution of this issue, seek additional time to resolve this matter absent any further involvement from this Court. Accordingly, the parties respectfully request a fourth extension of time in Fed. R. Civ. P. 54(d)(2)(B) of another 90 days.

By agreeing to this request for additional time, Federal Defendants are not conceding that Plaintiff is entitled to fees. Federal Defendants reserve all rights and defense to entitlement and reasonableness of any fee request.

The parties request that this Court set a date of February 4, 2022 for the parties to provide a status update on the resolution of Plaintiff's attorneys' fees and litigation costs or for Plaintiff to file their motion for such fees and costs, if such a motion is necessary.

DATED: November 1, 2021   Respectfully submitted,

/s/Allison N. Melton
Allison N. Melton (SBC 45088) (*pro hac vice*)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: (970) 309-2008
amelton@biologicaldiversity.org

Amy R. Atwood (SBO 060407) (*pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: (971) 717-6401
atwood@biologicaldiversity.org

Christopher W. Mixson, Esq. (SBN 10685)
Don Springmeyer, Esq. (SBN 1021)
Kemp Jones, LLP
3800 Howard Hughes Parkway
Wells Fargo Tower Seventeenth Floor
Las Vegas, Nevada 89169
Phone: (702) 385-6000 / Fax: (702) 385-6001
c.mixson@kempjones.com
d.springmeyer@kempjones.com

*Attorneys for Plaintiff*

CHRISTOPHER CHIOU , Acting United States Attorney
SKYLER H. PEARSON, Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101

Tel | 702-388-6530
E-mail: skyler.pearson@usdoj.gov

*s/Anthony D. Ortiz*
ANTHONY D. ORTIZ
Trial Attorney, (D.C. Bar No. 978873)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 305-5708
Fax: (202) 305-0275
E-mail: anthony.d.ortiz@usdoj.gov

LEILANI DOKTOR, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel.: (202) 305-0447 / Fax: (202) 305-0506
leilani.doktor@usdoj.com

*Attorneys for Federal Defendants*

ALLISON N. MELTON (SBC 45088) (*pro hac vice*)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: (970) 309-2008
amelton@biologicaldiversity.org
*Attorney for Plaintiff; additional counsel listed below*

CHRISTOPHER CHIOU, Acting United States Attorney
SKYLER H. PEARSON, Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Tel | 702-388-6530
E-mail: skyler.pearson@usdoj.gov

ANTHONY D. ORTIZ, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Division Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel.: (202) 305-5708 / Fax: (202) 305-0506
Anthony.d.ortiz@usdoj.gov
*Attorneys for Federal Defendants; additional counsel below*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>HAALAND, ET AL,<br><br>Defendants,<br><br>and<br><br>IONEER USA CORPORATION,<br><br>Defendant-Intervenor. | Case No.: 2:20-cv-1812-JCM-NJK<br><br>ORDER GRANTING FOURTH UNOPPOSED MOTION TO EXTEND TIME TO FILE A MOTION FOR AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES |

|   |   |
|---|---|
| 1 | Having come before the Court on Plaintiff's and Federal Defendants' Fourth Unopposed |
| 2 | Joint Motion to Extend Time to File a Motion for Award of Attorneys' Fees and Litigation |
| 3 | Expenses (ECF No. 70), IT IS HEREBY ORDERED, an extension of time for Plaintiff to file a |
| 4 | motion for attorneys' fees and litigation costs is extended by 90 days to February 4, 2022. The |
| 5 | parties shall provide a status update as to the resolution of Plaintiff's attorneys' fees and |
| 6 | litigation costs or Plaintiff will file their motion for such fees and costs, if such a motion is |
| 7 | necessary, by February 4, 2022. |

IT IS SO ORDERED.

Dated: November 1, 2021.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 1, 2021

Submitted by:

Allison N. Melton (SBC 45088) (*pro hac vice*)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: (970) 309-2008
amelton@biologicaldiversity.org

Amy R. Atwood (SBO 060407) (*pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: (971) 717-6401
atwood@biologicaldiversity.org

Christopher W. Mixson, Esq. (SBN 10685)
Don Springmeyer, Esq. (SBN 1021)
Kemp Jones, LLP
3800 Howard Hughes Parkway
Wells Fargo Tower Seventeenth Floor
Las Vegas, Nevada 89169
Phone: (702) 385-6000 / Fax: (702) 385-6001

2

c.mixson@kempjones.com
d.springmeyer@kempjones.com

*Attorneys for Plaintiff*


CHRISTOPHER CHIOU , Acting United States Attorney
SKYLER H. PEARSON, Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Tel | 702-388-6530
E-mail: skyler.pearson@usdoj.gov


ANTHONY D. ORTIZ
Trial Attorney, (D.C. Bar No. 978873)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 305-5708
Fax: (202) 305-0275
E-mail: anthony.d.ortiz@usdoj.gov

LEILANI DOKTOR, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel.: (202) 305-0447 / Fax: (202) 305-0506
leilani.doktor@usdoj.com

*Attorneys for Federal Defendants*