ALLISON N. MELTON (SBC 45088) (*pro hac vice*)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: (970) 309-2008
amelton@biologicaldiversity.org
*Attorney for Plaintiff; additional counsel listed below*

CHRISTOPHER CHIOU, Acting United States Attorney
SKYLER H. PEARSON, Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Tel | 702-388-6530
E-mail: skyler.pearson@usdoj.gov

ANTHONY D. ORTIZ, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Division Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel.: (202) 305-5708 / Fax: (202) 305-0506
Anthony.d.ortiz@usdoj.gov
*Attorneys for Federal Defendants; additional counsel below*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No.: 2:20-cv-1812-JCM-NJK |
| Plaintiff, | ORDER GRANTING FIFTH UNOPPOSED MOTION TO EXTEND TIME TO FILE A MOTION FOR AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES |
| vs. | |
| HAALAND, ET AL, | |
| Defendants, | |
| and | |
| IONEER USA CORPORATION, | |
| Defendant-Intervenor. | |

Having come before the Court on Plaintiff's and Federal Defendants' Fifth Unopposed Joint Motion to Extend Time to File a Motion for Award of Attorneys' Fees and Litigation Expenses (ECF No. 72), and Plaintiff and Federal Defendants now having reached an agreement in principle on this matter, IT IS HEREBY ORDERED, an extension of time for Plaintiff to file a motion for attorneys' fees and litigation costs is extended by 14 days to February 18, 2022. Plaintiff will file its motion for attorneys' fees and litigation costs or the Parties will file their final agreement resolving this matter, by February 18, 2022.

IT IS SO ORDERED.

Dated: February 3, 2022

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

Allison N. Melton (SBC 45088) (*pro hac vice*)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: (970) 309-2008
amelton@biologicaldiversity.org

Amy R. Atwood (SBO 060407) (*pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: (971) 717-6401
atwood@biologicaldiversity.org

Christopher W. Mixson, Esq. (SBN 10685)
Don Springmeyer, Esq. (SBN 1021)
Kemp Jones, LLP
3800 Howard Hughes Parkway
Wells Fargo Tower Seventeenth Floor
Las Vegas, Nevada 89169
Phone: (702) 385-6000 / Fax: (702) 385-6001

c.mixson@kempjones.com
d.springmeyer@kempjones.com

*Attorneys for Plaintiff*

CHRISTOPHER CHIOU , Acting United States Attorney
SKYLER H. PEARSON, Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Tel | 702-388-6530
E-mail: skyler.pearson@usdoj.gov

ANTHONY D. ORTIZ
Trial Attorney, (D.C. Bar No. 978873)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 305-5708
Fax: (202) 305-0275
E-mail: anthony.d.ortiz@usdoj.gov

LEILANI DOKTOR, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel.: (202) 305-0447 / Fax: (202) 305-0506
leilani.doktor@usdoj.com

*Attorneys for Federal Defendants*